## Yeadon School District Appeal.

Argued September 22, 1970. *Joseph T. Labrum, Jr.*, with him *Fronefield, deFuria and Petrikin*, for appellant; *Donald M. McCurdy*, with him *Philip B. Driver, Jr.*, and *Fox and McCurdy*, for Interboro Joint School System, intervening appellee; *Patrick H. Washington*, Deputy Attorney General, with him *Fred Speaker*, Attorney General, for State Board of Education, appellee.

Decree affirmed.

October 22, 1970

## Commonwealth *v.* Benson, Appellant.

Submitted June 8, 1970. *Mary Bell Hammerman*, for appellant; *Leonard S. Goodman*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.